# United States Court of Appeals
## For the First Circuit

No. 14-2188

LIMOLINER, INC.,

Plaintiff, Appellant,

v.

DATTCO, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 23, 2015, is amended as follows:

On page 21, line 2, "nonsequiturs" is replaced with "non sequiturs"

On page 21, line 24, "See" is replaced with "See"